IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTINE WILLIAMS                                                            PLAINTIFF

v.                              No. 3:06CV00016 GH

SOUTHERN CONSOLIDATED SYSTEMS, INC.; ET AL.                DEFENDANTS

## ORDER

Plaintiff's April 3rd motion (#4) for limited admission of Keith V. Moore as her counsel and for waiver of local counsel pursuant to Local Rule 83.5(d) is hereby granted.

IT IS SO ORDERED this 4th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE