IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTINE WILLIAMS

VS                                  NO. 3:06CV00016 GH

SOUTHERN CONSOLIDATED SYSTEMS INC ET AL

## **ORDER**

Upon motion of the parties and for good cause shown, the above styled case is continued on the court's calendar to the week of August 20, 2007 in Jonesboro.

Jury instructions are due August 6, 2007.  All other deadline remain in effect.

Dated this 6th day of February, 2007.

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK


BY: /s/ Patricia L. Murray
      COURTROOM DEPUTY CLERK