**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHRISTINE WILLIAMS                                                                                          PLAINTIFF

v.                                              NO. 3:06CV00016 JLH

SOUTHERN CONSOLIDATED
SYSTEMS, INC., *et al*                                                                                     DEFENDANTS

### ORDER

Presently before the Court is plaintiff's Motion for Continuance of the trial date. Docket #30. Good cause having been shown, the motion will be granted, and the trial of this matter previously set for August 20, 2007, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

The parties have previously been advised that the settlement conference scheduled for August 9, 2007, was cancelled. Judge Cavaneau's Courtroom Deputy will contact counsel to reset the settlement conference for a date agreeable to all parties.

IT IS SO ORDERED this 9th day of August, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE