# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CHRISTINE WILLIAMS                                                                                   PLAINTIFF

v.                                           NO. 3:06CV00016 JLH

SOUTHERN CONSOLIDATED SYSTEMS, INC., *et al*.                          DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 27th day of August, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE